# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL LAKES, | Case No.: 2:18-cv-01087-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| BATH & BODY WORKS, LLC, | |
| Defendant(s). | |

The Court previously ordered that this case would be closed if a renewed motion was not filed by June 27, 2018. Docket No. 3. No such motion was filed. Accordingly, the Clerk's Office is **INSTRUCTED** to close this case.[1]

IT IS SO ORDERED.

Dated: June 28, 2018

Nancy J. Koppe  
United States Magistrate Judge

---

[1] It is within a magistrate judge's authority to terminate a miscellaneous case involving only a discovery dispute ancillary to another matter. *See, e.g.*, *In the Matter of a Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782 by Macquarie Bank Limited*, 2015 WL 7258483, at *3 (D. Nev. Nov. 17, 2015); *Feist v. RCN Corp.*, 2012 WL 4835038, at *1 (N.D. Cal. Oct. 4, 2012).